# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2014

## NO.  03-13-00242-CV

**Drexel E. Evans, Appellant**

**v.**

**W & B Development, Ltd., Appellee**

## APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on March 25, 2013.  Having reviewed the record, the Court holds that Drexel E. Evans has not prosecuted his appeal and did not comply with a notice from the clerk of this court.  The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.